AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Ivan Alberto Barrera-Bustamente
  DOB:  8/15/1980
  PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   December 6, 2005   in   Washington, D.C.  , District of Columbia   defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title   8   United States Code, Section(s)   1326(a)  .

I further state that I am   Mark Leeper, Special Agent with the US Immigration and Customs Enforcement  , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Mark Leeper, Special Agent
US Immigration and Customs Enforcement

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

_____   at   Washington, D.C.
Date                                                                  City and State

_____         _____
Name & Title of Judicial Officer                   Signature of Judicial Officer