```
        AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
               Ivan Alberto Barrera-Bustamente
                       DOB 8/15/1980
```

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent (SSA) for the United States Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS), which was previously known as the Immigration and Naturalization Service (INS). I have been employed by the INS and ICE since 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. office (SAC/DC) in Fairfax, Virginia.

2. My duties as a SSA with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence obtained during this investigation.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known to the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging IVAN ALBERTO BARRERA-BUSTAMENTE with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326(a).

6. Since 2002, my office has been investigating several criminal organizations involved in the manufacture and distribution of counterfeit INS and identity documents in and around the 1700 block of Columbia Road, NW, Washington, D.C.

7. On July 19, 2005, IVAN ALBERTO BARRERA-BUSTAMENTE was apprehended on Ontario Road, NW, near Columbia Road in Washington, D.C. He was arrested in connection with his suspected involvement as a member of one of the criminal organizations that operate in and around the 1700 block of Columbia Road, NW, Washington, D.C.

8. At that time BARRERA-BUSTAMENTE claimed to be a native and citizen of Mexico who entered the United States without inspection, near San Ysidro, CA, on or around an unknown date in 1999.

9. On August 16, 2005, BARRERA-BUSTAMENTE was deported to Mexico from Washington, D.C.

10. On December 6, 2005, while conducting surveillance, this agent observed BARRERA-BUSTAMENTE on Colombia Road between 16th and 18th Streets, N.W. He appeared to be soliciting customers to purchase illegal identity documents. This agent recognized BARRERA-BUSTAMENTE as the individual

he had previously arrested on July 19, 2005, and who was subsequently deported to Mexico on August 16, 2005.

11. On December 6, 2005, your affiant administratively arrested BARRERA-BUSTAMENTE in the 1700 block of Columbia Road NW, Washington D.C. During processing, BARRERA-BUSTAMENTE admitted that he was deported from the United States and re-entered illegally at Nogales, AZ. BARRERA-BUSTAMENTE further stated that he did not obtain permission from the Attorney General of the United States to re-enter.

12. I have reviewed the documents contained in the file for BARRERA-BUSTAMENTE maintained by ICE and there is no documentation indicating that he ever applied for permission to reenter the country following his removal on July 19, 2005.  I know from my experience with ICE that if such an application had been made it would be reflected in the ICE file I reviewed.

13. Based on the foregoing, there is probable cause to believe that, IVAN ALBERTO BARRERA-BUSTAMENTE, is an alien in the United States who has previously been deported from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Mark Leeper
Senior Special Agent, DHS/ICE

Subscribed and sworn to before me this _____ day of January 2006.

_____
United States Magistrate Judge

4