```
                      IN THE
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

                       * * *

UNITED STATES OF AMERICA       )
                               )
        Plaintiff;             )
                               )
        v.                     ) MAG NO 06-002 (DAR)
                               )
                               )
IVAN A. BARRERA-BUSTAMENTE,    )
                               )
        Defendant.             )
```
___

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

```
                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENSER


                           /S/
                    By:_____
                    TONY W. MILES
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C.  20004
                    (202) 208-7500
```

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 24TH day of January 2006 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

```
                           /s/
                    By:_____
                    TONY W. MILES
```